# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149790 & (36)(37)(38)(39)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EUGENE CLARK POSEY,
    Defendant-Appellant.

SC: 149790
COA: 318409
Wayne CC: 08-014249-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand for evidentiary hearing, the motion for further and to compel discovery, and the motion to depose witnesses by written questions are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



Clerk

s0420